IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| On Time Staffing, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Coast to Coast Installations, Inc.,<br><br>Defendant. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No.: 09-4158 (FSH)<br><br>**Petition Returnable: September 8, 2009** |

### PLAINTIFF'S PETITION TO CONFIRM ARBITRATION AWARD

Based upon the award of the Arbitrator, reflected in the affidavit of Jay E. Kagan, Esquire attached hereto in support of this Petition as Exhibit 1, Plaintiff respectfully requests that this Court enter judgment against the Defendant in the amount of $888,413.70 (with applicable interest calculated up to the September 8, 2009 petition date) and in support thereof avers as follows:

1. An Arbitration Award in this case was issued on August 12, 2009 by Arbitrator Harry T. Mondoil. Exhibit A at ¶ 3. An exact copy of this Award is attached to Mr. Kagan's Affidavit as Exhibit A.

2. This Arbitration involved the following parties: On Time Staffing LLC and Coast to Coast Installations, Inc. These parties signed and agreed to this Arbitration as evidenced by an Arbitration Agreement attached as Exhibit B to Mr. Kagan's Affidavit. Exhibit A at ¶ 4.

3. The Arbitration Award was obtained pursuant to the agreement of the parties, the rules of the arbitration organization, and the law. Exhibit A at ¶ 5.

820305_1

**WHEREFORE**, for all of the reasons set forth above and in Mr. Kagan's Affidavit, Plaintiff respectfully requests that this Court enter judgment against the Defendant in the amount of $888,413.70 (with applicable interest calculated up to the September 8, 2009 petition date).

                                                                Jay E. Kagan, Esquire (JEK7613)
Thomas Vecchio, Esquire (TV8325)
**Dilworth Paxson LLP**
1500 Market Street
Suite 3500E
Philadelphia, PA 19102
jkagan@dilworthlaw.com
tvecchio@dilworthlaw.com
(215) 575-7354 - tel.
(215) 575-7200 - fax

Counsel for Plaintiff,
On Time Staffing, LLC

Dated: August 14, 2009